**No. 42702.**—Protest 482194–G/9162 of S. H. Kress & Co. (New Orleans).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of salt and pepper shakers, incense burners, pin trays, boxes, vases, dishes, crumb trays, and caster sets plated with silver. The claim at 50 percent under paragraph 339 was sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 42703.**—Protest 510384–G of Nippon Trading Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel that the articles are chiefly used on the table or in the household for utilitarian purposes and are plated with gold or silver, the claim at 40 percent under paragraph 339 was sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 42704.**—Protests 534836–G, etc., of Globe Import Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel goblets, tie racks, trays, bottles, bowls, and calendars chiefly used in the household for utilitarian purposes and hollow flasks like those the subject of *Viking Trading Co.* v. *United States* (2 Cust. Ct. 237, C. D. 132) were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 42705.**—Protests 602017–G, etc., of James Robinson (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the articles in question which are plated with silver were held dutiable at 50 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 42706.**—Protests 717019–G, etc., of American Shipping Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of boxes, candelabra, candlesticks, inkstands, trays, and vases plated with silver used chiefly for utilitarian purposes in the household or hollow ware. The claim at 50 percent under paragraph 339 was therefore sustained.